IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. C-09-4195 MMC |
| KIDS CONNECTION, INC., | **ORDER SETTING BRIEFING SCHEDULE ON APPELLANT'S MOTION FOR STAY PENDING APPEAL; EXTENDING TEMPORARY STAY** |
| Appellant. | |

  Before the Court is appellant Kids Connection, Inc.'s "Ex Parte Application for Setting Status Conference or Scheduling Order for Stay Pending Appeal," filed September 14, 2009, and appellee Burlingame Capital Partners II, L.P.'s opposition thereto, filed September 15, 2009.

  As set forth at the telephonic conference conducted earlier this date:

(1) briefing and hearing on appellant's motion for stay pending appeal is as follows:

  (a) appellant's motion shall be filed no later than September 18, 2009,

  (b) appellee's opposition shall be filed no later than September 23, 2009,

  (c) appellant's reply shall be filed no later than September 25, 2009 at 1:00 p.m.,

  (d) the hearing on the motion will be conducted Wednesday, September 30, 2009 at 10:00 a.m.; and

//
//

(2) the temporary stay pending appeal is hereby extended to the end of the court day of September 30, 2009.

**IT IS SO ORDERED.**

Dated:  September 16, 2009

_____
MAXINE M. CHESNEY
United States District Judge