FILED

OCT 22 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| In re: KIDS CONNECTION, INC. | No. 09-73243 |
|---|---|
| KIDS CONNECTION, INC., Debtor, | D.C. No. 3:09-cv-04195-MMC Northern District of California, San Francisco |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, | |
| Respondent, | |
| BURLINGAME CAPITAL PARTNERS II, L.P., | |
| Real Party in Interest. | |

Before: TROTT, W. FLETCHER and RAWLINSON, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

**DENIED.**

LL/MOATT