**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

KIDS CONNECTION, INC.,

    Appellant.

_____/

No. C-09-4195 MMC

Bankruptcy Court Case No. 08-30026 DM

**ORDER DIRECTING APPELLANT TO CONTACT CLERK OF THE BANKRUPTCY COURT AND TO FILE NOTICE SETTING FORTH STATUS OF RECORD ON APPEAL; DIRECTIONS TO CLERK**

    On September 4, 2009, appellant filed with the Clerk of the Bankruptcy Court a notice of appeal from an order filed by the Bankruptcy Court on August 28, 2009.

    Pursuant to this Court's order of September 10, 2009, appellant must file a brief no later than 30 days after the date on which the record on appeal has been entered on the District Court docket. To date, however, the Clerk of the Bankruptcy Court has not transmitted to the Clerk of the District Court the record on appeal.

    Accordingly, appellant is hereby DIRECTED to contact the Clerk of the Bankruptcy Court to determine what action, if any, appellant must take to perfect the record. Further, appellant is hereby DIRECTED to file in the District Court, no later than May 21, 2010, a notice, supported by a declaration, setting forth what additional steps appellant has taken or will take to perfect the record, in conformity with the directions of the Clerk of Bankruptcy Court.

1   If, as of May 21, 2010, appellant has not filed such notice in the District Court, the
2   Court will dismiss the above-titled appeal for failure to prosecute.
3   The Clerk shall forward a copy of this order to the Clerk of the Bankruptcy Court.
4   **IT IS SO ORDERED.**

6   Dated:  April 22, 2010

                                        _____
                                        MAXINE M. CHESNEY
                                        United States District Judge

2